January 23, 1894.

[Civil No. 408.]

C. E. McGINNESS, Appellant, v. A. D. McGINNESS, Appellee.

APPEAL from the District Court of the Third Judicial District in and for the County of Maricopa. A. C. Baker, Judge.

Kibbey & Israel, for Appellant.

Fitch & Campbell, for Appellee.

January 23, 1894. Affirmed.

[Civil No. 404.]

F. A. KLEYENSTAUBER et al., Appellants, v. ISADORE E. SOLOMON et al., Appellees.

APPEAL from the District Court of the Second Judicial District in and for the County of Graham. Owen T. Rouse, Judge.

R. E. Wilson, for Appellants.

Edwards & Moorman, and W. E. Jones, for Appellees.

July 24, 1894. Dismissed.

[Civil No. 375.]

ARIZONA GAZETTE COMPANY, Petitioner, v. H. C. BOONE, Auditor, Respondent.

ORIGINAL APPLICATION for Writ of Mandamus.

Cox & Street, for Petitioner.

January 26, 1894. Dismissed.